IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES JOHN SCOVELL II,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>TODD BAHENSKY,<br><br>　　　　　Respondent. | 4:25CV3001<br><br>**MEMORANDUM AND ORDER** |

On June 9, 2025, the Court directed Petitioner Charles John Scovell II to pay the $5.00 filing fee within 30 days or face dismissal of this action. Filing No. 14. The Court also ordered Petitioner to update his address with the Court within 30 days or face dismissal of this action. *Id.* To date, Petitioner has not paid the filing fee nor updated his address, and the time in which to do so has passed.

IT IS THEREFORE ORDERED that:

1. This case is dismissed without prejudice because Petitioner failed to prosecute it and failed to comply with this Court's orders. No certificate of appealability has been or will be issued.

2. The Court will enter judgment by a separate document.

3. The Clerk of the Court is directed to send a copy of this Memorandum and Order and the Judgment to Petitioner at the following address:

　　Scovell, Charles John II
　　CDCR Number: CB0439
　　701 Scofield Ave.
　　P.O. Box 8800
　　Wasco, CA 93280.

Dated this 4th day of August, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge